In re Byrd, James; — Defendant(s); applying for supervisory and/or remedial writs; Parish of St. Martin, 16th Judicial District Court, Div. “D”, No. 80-997; to the Court of Appeal, Third Circuit, No. KW97-0240.
Writ granted. Relator may at his own expense “inspect, copy, reproduce or obtain a reproduction” of public records to which he is entitled, see R.S. 44:31, without regard to the rule of State ex rel. Bernard v. Cr.D.C., 94-2247 (La. 4/28/95), 653 So.2d 1174, which applies only to indigent inmates seeking documents free of charge. Cf. State ex rel. Leonard v. State, 96-1889 (La. 6/13/97), 695 So.2d 1325.
KNOLL, J., would deny the writ.
CALOGERO, C.J., not on panel.